H. J. GLENN et al., Appellants, v. J. P. LACKEY, Respondent.

No. 7158; December 15, 1880.

**Stipulation by Parties to Abide—Result of Another Action.—** A stipulation duly entered into by a plaintiff and defendant as to the issues in their action, to abide by the decision on similar issues in another action, is to be enforced by the supreme court on appeal.

APPEAL from Tenth Judicial District, Colusa County.

T. C. Lush for appellants; Jackson Hatch for respondent.

By the COURT.—It having been heretofore stipulated in this case by the attorneys for the respective parties that the judgment in this cause shall depend upon and be the same as should thereafter be entered in the case of Glenn v. Arnold, No. 7157, and this court having rendered its judgment in said case of Glenn v. Arnold, affirming the judgment and order of the court below, it is ordered that the judgment and order of the court below in this case, Glenn v. Lackey, be and the same are affirmed.